494 A.2d 1050

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Richard FAULAND, Petitioner.**

Supreme Court of Pennsylvania.

June 25, 1985.

ORDER

PER CURIAM.

AND NOW, TO–WIT, this 25th day of JUNE, 1985, the petition for allowance of appeal is granted and the case is remanded to the Court of Common Pleas of Northumberland County for an evidentiary hearing on the issue of trial counsel's alleged ineffectiveness in (1) failing to call certain witnesses; (2) failing to attempt to enforce a plea bargain; (3) failing to inform petitioner of the importance of and failing to call certain character witnesses.